# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 14-652-10 |
| FRANCISCO GONZALEZ JOSE | : | |

## ORDER

**AND NOW**, this 6th day of September 2016, upon consideration of Defendant Francisco Gonzalez Jose's Motion for new trial (ECF Doc. No. 619) and Motion for acquittal as to money laundering (ECF Doc. No. 620), the United States' Opposition (ECF Doc. No. 907), substantial Memoranda and for the reasons in the accompanying Memorandum Opinion, it is **ORDERED** Mr. Gonzalez Jose's Motions (ECF Doc. Nos. 619, 620) are **DENIED.**

_____
KEARNEY, J.