## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: CRIMINAL ACTION** |
| | : |
| **v.** | **: NO. 14-652-10** |
| | : |
| **FRANCISCO GONZALEZ JOSE** | : |

## ORDER

**AND NOW**, this 25th day of June 2018, upon considering Francisco Gonzalez Jose's Petition for relief under 28 U.S.C. § 2255 (ECF Doc. No. 1106), the United States' Response (ECF Doc. No. 1120), and for reasons in the accompanying memorandum, it is **ORDERED:**

1.     Mr. Gonzalez Jose's Petition for relief (ECF Doc. No. 1106) is **DENIED**;

2.     We decline to issue a certificate of appealability as Mr. Gonzalez Jose has neither shown denial of a federal constitutional right nor has he established reasonable jurists would debate the correctness of this Court's ruling[1]; and,

3.     The Clerk of Court shall **close** this case.

**KEARNEY, J.**

---

[1] *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).