IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
|---|---|
| v. | : NO. 14-652-10 |
| FRANCISCO GONZALEZ JOSE | : |

## ORDER

**AND NOW**, this 7th day of August 2018, upon considering Defendant's Motion for reconsideration (ECF Doc. No. 1129), the United States' Response (ECF Doc. No. 1133), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 1129) is **DENIED**.

_____
KEARNEY, J.