IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 14-652-10 |
| | : | |
| **FRANCISCO GONZALEZ JOSE** | : | |

# ORDER

**AND NOW**, this 9th day of December 2025, upon considering the incarcerated Defendant's pro se Motion for compassionate release (ECF 1488), the United States' Opposition (ECF 1493), Defendant's Reply (ECF 1506), having studied the incarcerated Defendant's detailed medical records under seal (ECF 1494), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **DENY** the incarcerated Defendant's pro se Motion for compassionate release (ECF 1488) without prejudice.

_____
**KEARNEY, J.**